■ JOHN R. ELTER et al., Appellants, v SAMUEL RITVO et al., Respondents. [643 NYS2d 424]

Material questions of fact remain as to whether the plaintiff John R. Elter suffered a "serious injury" as defined by Insurance Law § 5102 (d) and whether the injury was proximately caused by the accident (*see, Beckett v Conte,* 176 AD2d 774; *Petrone v Thornton,* 166 AD2d 513; *Gokey v Castine,* 163 AD2d 709; *Partlow v Meehan,* 155 AD2d 647; Insurance Law § 5102 [d]). Accordingly, the Supreme Court properly denied the plaintiffs' motion for partial summary judgment on these issues. Miller, J. P., Ritter, Krausman and McGinity, JJ., concur.